**651**

**Marion P. FRY, M.D., Petitioner—Appellant,**

v.

**DRUG ENFORCEMENT ADMINISTRATION, Respondent—Appellee.**

No. 04–74561.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 17, 2006.

Filed Aug. 29, 2006.

Laurence Jeffrey Lichter, Esq., Nedra Ruiz, Esq., Serra Lichter Daar Bustamante Gilg & Greenberger, San Francisco, CA, for Petitioner–Appellant.

Chris Gleason, Deputy Chief Counsel, DEA—Drug Enforcement Administration, Alexandria, VA, James D. Todd, Esq., DOJ—U.S. Department of Justice, Civil Division, Washington, DC, for Respondent–Appellee.

Before: CANBY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM *

The Drug Enforcement Administration ("DEA") did not abuse its discretion in denying Dr. Marion Fry's request to reopen. *See ICC v. Bhd. of Locomotive Eng'rs,* 482 U.S. 270, 278, 107 S.Ct. 2360, 96 L.Ed.2d 222 (1987) ("overturing the refusal to reopen requires a showing of the clearest abuse of discretion" (internal quotation omitted)). We lack jurisdiction over Dr. Fry's concerns regarding the DEA's initial revocation decision. *Friends of Sierra R.R., Inc. v. ICC,* 881 F.2d 663, 666 (9th Cir.1989) ("[A] subsequent unsuccessful petition to an agency to reopen cannot create a new final order giving our court jurisdiction over an untimely petition for review.").

**PETITION FOR REVIEW DENIED IN PART, DISMISSED IN PART.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

